Betty Lou BEETS, Petitioner–
Appellee Cross–Appellant,

v.

James A. COLLINS, Director, Texas De-
partment of Criminal Justice, Institu-
tional Division, Respondent–Appellant
Cross–Appellee.

No. 91–4606.

United States Court of Appeals,
Fifth Circuit.

Aug. 5, 1993.

William C. Zapalac, Asst. Atty. Gen., Dan
Morales, Atty. Gen., Austin, TX, for respon-
dent-appellant, cross-appellee.

Joe Margulies, Robert L. McGlasson, TX
Resource Center, Austin, TX, for petitioner-
appellee, cross-appellant.

ON PETITION FOR REHEARING AND
SUGGESTION FOR REHEARING
EN BANC

Before POLITZ, Chief Judge, KING,
GARWOOD, JOLLY, HIGGINBOTHAM,
DAVIS, JONES, SMITH, DUHÉ,
WIENER, BARKSDALE, EMILIO M.
GARZA, and DeMOSS, Circuit Judges.

BY THE COURT:

A member of the Court in active service
having requested a poll on the suggestion for
rehearing en banc and a majority of the
judges in active service having voted in favor
of granting a rehearing en banc,

IT IS ORDERED that this cause shall be
reheard by the Court en banc with oral argu-
ment on a date hereafter to be fixed. The
Clerk will specify a briefing schedule for the
filing of supplemental briefs.